# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 138 DB 2017  (No. 82 RST 2017) |
| | : | |
| | : | |
| ALISON KENNY MENTO | : | Attorney Registration No.  86410 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
|   FROM INACTIVE STATUS | : | (Chester County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 7th day of November, 2017, the Report and Recommendation of Disciplinary Board Member dated October 26, 2017, is approved and it is ORDERED that Alison Kenny Mento, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.